IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TREVARIS WHITLOW,**

    Plaintiff,

v.                                                                                   Civil Action No. **3:18CV27**

**SGT. EPPERSON,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 8, 2018, the Court conditionally docketed Plaintiff's action. On February 15, 2018, the United States Postal Service returned the June 7, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently had relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge

Date: 3/16/18
Richmond, Virginia